UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NELSON JESUS FUENTES MORA,

                Petitioner,

v.

UNKNOWN PARTY #1 et al.,

                Respondents.
_____/

Case No. 1:26-cv-1721

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:   June 12, 2026                  /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        For the Honorable Paul L. Maloney
                                        United States District Judge